

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-12-01086-CV

Trial Court Cause
Number: 0903407

Style: DJ Stephanco Auto Services, LLC and David Stephan

**v** Alnoor and Shelina Malick

Date motion filed[*]: April 8, 2013

Type of motion: Motion for extension of time to file reporter's record

Party filing motion: Court reporter

Document to be filed: Reporter's record

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date: January 8, 2013

    Number of previous extensions granted: 2

    Date Requested: May 30, 2013

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: May 30, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Jim Sharp

    ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: May 9, 2013